UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

JOSEPH E. BONAPARTE, )
)
    Plaintiff, )
)
v. ) Case No. CV413-164
)
STEVE SIKES, *Sheriff of Liberty* )
*County*; UNKNOWN SAFETY )
MANAGER; UNKNOWN CAPTAIN, )
JOHN D. McIVER, LIBERTY )
COUNTY ADM. JOSEPH W. BROWN, )
)
    Defendants. )

## ORDER

Based upon the information he has furnished (docs. 8 & 9), Bonaparte owes an initial filing fee of $1.72. *See* 28 U.S.C. § 1915(b)(1). His custodian shall set aside 20 percent of all future deposits to his inmate account, then forward those funds to the Clerk each time the set aside amount reaches $10, until the balance of the $350 filing fee has been paid. If Bonaparte is transferred to another institution, his present custodian shall forward a copy of these instructions and all financial information concerning payment of the filing fee and costs in this case to

the new custodian. The balance due shall be collected by the custodian at his next institution in accordance with the terms of this Order. The Clerk is **DIRECTED** to serve a copy of this Order, and a copy of the signed Consent to Collection of Fees from Trust Account, upon Bonaparte's current custodian.

**SO ORDERED** this 6th day of May, 2014.

*/s/ B. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA