IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH E. BONAPARTE, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV413-0164
 )
STEVE SIKES, Sherriff of Liberty )
County; UNKNOWN SAFETY MANAGER; )
UNKNOWN CAPTAIN; JOHN D. MCIVER; )
LIBERTY COUNTY ADM. JOSEPH W. )
BROWN; )
 )
    Defendants. )
 )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of May 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA